On appellant's motion for reconsideration filed September 21, reconsideration granted; opinion (136 Or App 239, 902 P2d 110) modified and adhered to as modified October 18, 1995, petition for review denied January 23, 1996 (322 Or 489)

CRITERION INTERESTS, INC.,
an Oregon corporation,
and the Conservation Fund,
a Maryland non-profit corporation,
*Respondents,*

*v.*

THE DESCHUTES CLUB,
an Oregon non-profit corporation,
*Appellant.*

(CC90-92; CA A81541)

903 P2d 421

Thomas H. Tongue, G. Kenneth Shiroishi, and Dunn, Carney, Allen, Higgins & Tongue, for motion.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

DEITS, P. J.

**DEITS, P. J.**

Defendant moves for reconsideration of our opinion. 136 Or App 239, 902 P2d 110 (1995). Among its arguments is that our statement that "[d]efendant does not assert that the deed is not an integrated writing," *id.* at 245 n 4, is factually inaccurate. The statement does not precisely capture our intended meaning. We correct it to read: "Defendant makes no argument that the deed is not an integrated writing, except an implicit argument that depends for its success on the correctness of other arguments that defendant makes."

We have considered and reject the other contentions in the motion.

Reconsideration granted; opinion modified and adhered to as modified.